PACIFIC MUTUAL LIFE INSURANCE COMPANY of California, Plaintiff, v. Dorothy May Groscup ROTONDO, Ada May Greenwood, Defendants-Appellees, and Genevieve A. Greenwood, Defendant-Appellant.

No. 10474.

United States Court of Appeals Third Circuit.

Argued Oct. 2, 1951.

Decided Oct. 5, 1951.

Alexander D. Hanko, Dumont, N. J., for appellant.

Harvey G. Stevenson, East Orange, N. J. (Stevenson, Willette & McDermitt, East Orange, N. J., on the brief), for defendants-appellees.

Before McLAUGHLIN, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The judgment of the District Court will be affirmed on the opinion of Judge Meaney sitting below, 96 F.Supp. 197.

UNITED STATES ex rel. Raymond DE MARTINI, Relator-Appellant, v. William A. CARROLL, United States Marshal, etc., Respondent-Appellee.

No. 306, Docket 22159.

United States Court of Appeals Second Circuit.

Argued June 27, 1951.

Decided June 27, 1951.

Abraham Lebenkoff, New York City (John M. Smith, Jr., Philadelphia, Pa., of counsel), for relator-appellant.

Irving H. Saypol, U. S. Atty. for Southern District of New York, New York City (Roy Cohn, Asst. U. S. Atty., New York City, of counsel), for respondent-appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and L. HAND, Circuit Judges.

PER CURIAM.

Order affirmed in open court.